UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 13 PM 3: 43

'07 MJ 2652

UNITED STATES OF AMERICA )
                        v.                  )   Magistrate's Case No.

Francisco ARRAZOLA-Gonzalez )
aka Claudio Francisco ARRAZOLA )  **COMPLAINT FOR VIOLATION**
                                          )  OF 18 USC, Section 922(g)(5) –
                                          )  Illegal alien in possession of firearms

The undersigned complainant being duly sworn states:

### COUNT 1

On August 24, 2007, within the Southern District of California, defendant Francisco ARRAZOLA-Gonzalez, an illegal alien, did possess a firearm that traveled in and affected interstate commerce, to wit: one Iver Johnson, Cadet model .22 caliber revolver, bearing serial number H35871; in violation of 18 United States Code, Section 922(g)(5).

Brooks D. Jacobsen
Special Agent
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this _13_ day of November, 2007.

UNITED STATES MAGISTRATE

1

United States

v.

Francisco ARRAZOLA-Gonzalez

### Probable Cause Statement

In violation of the aforementioned statute the following acts were committed in the Southern District of California:

On October 31, 2007, I was provided information documenting the arrest of defendant ARRAZOLA-Gonzalez who at the time of his arrest was found to be in possession of a firearm. The results of this investigation are as follows:

A review of the San Diego County Sheriff Department Arrest Report indicates that on August 24, 2007, at about 4:00 AM, in Vista, California, Sheriff Deputy Thomas Byrne contacted ARRAZOLA-Gonzalez, while driving a 1986 Red Chevrolet Camaro bearing California license plate number - 2HZY833, for California vehicle code violations.

After contacting ARRAZOLA-Gonzalez, Deputy Byrne determined that ARRAZOLA-Gonzalez was driving the vehicle under the influence of methamphetamine. After placing ARRAZOLA-Gonzalez under arrest and while conducting a post arrest search, ARREOLA-Gonzalez admitted to Deputy Byrne that he had a loaded firearm in his waist band. The recovered hand gun was found to contain three (3) rounds of .22 caliber ammunition.

ARRAZOLA-Gonzalez was arrested and booked into the Vista Detention Facility for the following violations of California State law - felon in possession of a firearm, drug addict in possession of a firearm, possession of drug paraphernalia, driving under the influence and an outstanding warrant for domestic violence – warrant number CN215625.

Further review of the San Diego County Sheriff Department Arrest Report indicates that ARRAZOLA-Gonzalez was in possession of an Iver Johnson, .22 caliber, Cadet model revolver, bearing serial number H35871. The firearm and ammunition was taken and processed as evidence by the San Diego County Sheriff's Department and remains in Sheriff Department custody.

Based on the description of the Iver Johnson Arms Inc., Cadet revolver, serial number H35871, the firearm was manufactured in Massachusetts or Arkansas and has therefore

2

traveled in and affecting commerce, based on its presence in California. Law enforcement queries show no registration information and that the firearm is not stolen.

A review of Immigration Customs Enforcement (ICE) Form I-213, Record of Deportable Alien, shows that ARRAZOLA-Gonzalez, aka ARRAZOLA, Claudio Francisco, DOB 12/05/1979, alien control number A72 995 625, is citizen of Mexico and an alien illegally present in the United States.

Brooks D. Jacobsen
Special Agent
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this __13__ day of November, 2007.

UNITED STATES MAGISTRATE

3