```
                                    FILED

                                   NOV 19 2007

                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO ARRAZOLA-GONZALEZ ) <br> a.k.a. ) <br> CLAUDIO FRANCISCO ARRAZOLA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07MJ2652 <br><br> ORDER OF DETENTION ON THE DEFENDANT'S WAIVER OF BAIL PENDING TRIAL |

In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section 3142(f), a detention hearing was scheduled and held on November 19, 2007, to determine whether the defendant FRANCISCO ARRAZOLA-GONZALEZ, also known as CLAUDIO FRANCISCO ARRAZOLA, ("the defendant") should be held in custody pending trial and, if convicted, sentencing in the above-captioned matter. Assistant U.S. Attorney Charlotte E. Kaiser appeared on behalf of the United States and Martin G. Molina, Esq. appeared on behalf of the defendant.

At the hearing on November 19, 2007, the defendant knowingly and voluntarily waived his right, on the record through counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that the defendant be detained pending trial, and, if convicted, sentencing in these matters, without prejudice or waiver of the right of the defendant to apply for

1 | bail and conditions of release at a later date, and without prejudice or waiver of the right of the
2 | United States to seek detention in the event of an application by defendant for such relief.

### ORDER

IT IS HEREBY ORDERED that the defendant be detained pending trial, and if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: November 19, 2007

_____
THE HONORABLE NITA L. STORMES
United States Magistrate Judge
United States District Court for the
Southern District of California

Prepared by:

KAREN P. HEWITT
United States Attorney

/s/Charlotte E. Kaiser
CHARLOTTE E. KAISER
Assistant U.S. Attorney

07MJ2652