FILED

RRnone

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3311-W |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Section. 922(g)(5)(A) |
| FRANCISCO ARRAZOLA-GONZALEZ, | ) | Illegal Alien in Possession of a Firearm |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about August 24, 2007, within the Southern District of California, defendant FRANCISCO ARRAZOLA-GONZALEZ , an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce, firearms, that is, a Iver Johnson .22 caliber Cadet model revolver; in violation of Title 18, United States Code, Section 922(g)(5)(A).

DATED: 12/11/07.

KAREN P. HEWITT
United States Attorney

W. Mark Conover
Assistant U.S. Attorney