
AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | 07cr 3311-W |
| Francisco Arrazola-Gonzalez | CASE NUMBER: 07 MJ 2652 |

I, Francisco Arrazola-Gonzalez, the above-named defendant, who is accused of committing the following offense:

Illegal Alien in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(5)(Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on December 11, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Martin G. Molina, Esq.
Defense Counsel

Before _____
Judicial Officer